IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

IN RE: Letters Rogatory From
Ankara Military Court
of the Turkish Air Force

No. M 83-36 L

ORDER

Upon application of the United States of America, made on behalf of the Ankara Military Court, Turkish Air Force, seeking appointment of a Commissioner to conduct a depostion of one Bulent Acun, located within the jurisdiction of this Court, and the Court having read the request from W. Stephen Thayer, III, United States Attorney, and being fully informed in the premises.

IT IS HEREBY ORDERED, pursuant to the authority contained in the United States - Turkey Treaty on Extradition and Mutual Assistance in Criminal Matters, signed at Ankara, Turkey on June 7, 1979, _____ U.S.T. _____, T.I.A.S. 9891(entered into force January 1, 1981), and Title 28, United States Code, Section 1782, that Bruce E. Kenna, Assistant United States Attorney, be and hereby is appointed as Commissioner to obtain the evidence requested in the attached request.

IT IS HEREBY ORDERED that a subpoena testificandum be issued to Bulent Acun, residing at 2158 Babcock Heights, Durham, NH 03824 ordering him to appear at the office of the U.S. Attorney, Federal Building, Concord, NH on September 1, 1983 at 10:00 A.M. to give testimony in the requested deposition.

2

IT IS FURTHER ORDERED, pursuant to Title 28, United States Code, Section 1782 that Bruce E. Kenna, Assistant United States Attorney is authorized to certify the documents and testimony obtained in conformity with the attached request and under seal of this Court, to submit all documents obtained to the United States Department of Justice for communication to the requesting authority and to do all else that may be necessary for the accomplishment of the purpose of this order.

Dated: 8/15/83

_____
U.S. Magistrate